## United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Wednesday, October 25, 2017      Hearing Room    304

1:30 PM
6:17-17718    Michele S Weiss      Chapter 13

     #10.00    Confirmation of Chapter 13 Plan

           Docket     2

**Matter Notes:**

     PRESENT: For Chapter 13 Trustee: Bridget Kelly    For Debtor: J. TANG [handwritten]

     (X)   Plan confirmed.

     ( )   Confirmation denied. Case dismissed without prejudice.

     ( )   Confirmation denied.
Case Dismissed with a 180 day bar to refiling pursuant to 11 U.S.C. § 109(g).

     ( )   Confirmation hearing continued. See next pages for a court order with the date
and time of the continuance and additional terms of the continuance.

     ( )   Continued to _____ at 2:30 p.m.

     ( )   Confirmation denied. Hearing continued to _____, 2017 at 2:15 p.m.
as a holding date. If the debtors do not convert to chapter 7 and pay the additional
filing fee within one week from today, this case will be dismissed without prejudice
before or at the next hearing.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, October 25, 2017**                                              **Hearing Room  304**

**1:30 PM**
**CONT...    Michele S Weiss**                                                                    **Chapter 13**
   **Tentative Ruling:**
   - NONE LISTED -

### Party Information

**Debtor(s):**

   Michele S Weiss                          Represented By
                                              Christopher Hewitt

**Trustee(s):**

   Rod (WJ) Danielson (TR)                  Pro Se